512

389 A.2d 162

Commonwealth v. Bradby, Appellant.

Submitted December 22, 1976. Alton Henry Bradby, in propria persona, and Virgil D. White, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to determine whether appellant's request for appointment of counsel should be granted and to allow any requested amendments to the pending petition for post-conviction relief. *See, Commonwealth v. Lark,* 247 Pa.Super. 185, 371 A.2d 1389 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 162

Commonwealth v. Brewer, Appellant.

Submitted March 14, 1977. Philip D. Freedman, Assistant Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.